01

_____ FILED   _____ ENTERED
_____ LODGED   _____ RECEIVED

02

MAY - 7 2007

03

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                        DEPUTY

04

06-CV-01209-ORD

05

UNITED STATES DISTRICT COURT

06

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

07

DEBRA L. SPANN,

08

    Plaintiff,

Case No. C06-1209-MJP-JPD

09

10

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

ORDER REMANDING CASE
FOR AWARD OF BENEFITS

11

12

    Defendant.

13

14

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs,

15

all papers and exhibits filed in support and opposition thereto, the Report and

Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and

16

the balance of the record, does hereby find and ORDER:

17

(1)    The Court adopts the Report and Recommendation.

18

(2)    The final decision of the Commissioner is REVERSED and this case is

19

REMANDED to the Social Security Administration for the purpose of

20

awarding benefits.

21

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge

22

Donohue.

23

DATED this 7 day of May , 2007.

24

25

26

MARSHA J. PECHMAN
United States District Judge

ORDER REMANDING CASE
FOR AWARD OF BENEFITS